# UNITED STATES DISTRICT COURT
### PROBATION AND PRETRIAL SERVICES
### NORTHERN DISTRICT OF TEXAS



UNITED STATES OF AMERICA )
)
v. )                                    Case No. 3:25-CR-00226-N(1)
)
OLAMILEKAN IDRIS YUSUFF )
)

## Report of Violation of Conditions of Pretrial Release

COMES NOW Wayne Webb, Senior, U.S. Probation Officer, presenting a report to the Court upon the conduct of defendant, Olamilekan Idris Yusuff, who was placed on pretrial release supervision by U.S. Magistrate Judge Brian McKay sitting in the Court at Dallas, Texas, on June 4, 2025, under the following conditions:

The undersigned has information that the defendant has violated such conditions in each of the following respects:

7m) The defendant must not use or unlawfully possess a narcotic drug, or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

7n) The defendant must submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.

On December 9, 2025, the United States Probation Office in Dallas, Texas, was notified by Senior U.S. Probation Officer Alexis Garza (Sr. USPO Garza) with the Western District of Texas, Austin Division, that the defendant violated his conditions of pretrial release in the following respects:

On December 9, 2025, Mr. Yusuff reported to the United States Probation Office to submit a drug test. The officer conducting the drug test observed the defendant to have a clear bottle with apparent yellow liquid in it, which the defendant attempted to submit as his urine specimen. The defendant was able to submit a true urine specimen which was subsequently sent to the regional lab for testing. On that date, Mr. Yusuff signed an admission of use report, and noted he used marijuana edibles with his peers on Thanksgiving.

On December 17, 2025, notification of the violation was reported to Assistant United States Attorney Madeleine Case.

On December 23, 2025, the urinalysis results were received and showed a presumptive positive result for cannabinoids.

On December 31, 2025, the undersigned notes the government will seek to revoke Mr. Yusuff's pre-trial supervision.

The undersigned suggest to the court that a summons be issued, and the defendant appear before a judge of this court to determine whether the defendant's conditions of pretrial release should be revoked.

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on January 5, 2026                    Approved,

s/Wayne Webb                                    s/Toni Thompson
    Senior U.S. Probation Officer                   Supervising U.S. Probation Officer
    Prepared by Santrese Rakestraw, U.S. Probation  214-753-2509
    Technician
    Dallas, Texas
    469-357-1063
    Fax:  214-753-2570

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Olamilekan Idris Yusuff, of his conditions of pretrial release, the court ORDERS that:

☐    No action be taken.

☐    The Order Setting Conditions of Release is modified to include the following

☒    A summons be issued and the defendant appear before a judge of this court to determine whether his conditions of pretrial release should be revoked.

☐    A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☐    The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☐    File under seal until further order of the Court.

_____
Brian McKay
U.S. Magistrate Judge

January 6, 2026
Date